UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:19-cr-559-4-SL |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | |
| DEEPAK RAHEJA, *et al.*, | |
| Defendants. | |

**BRENT L. ENGLISH'S MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT, BHUPINDER SAWHNY, M.D.**

Brent L. English respectfully moves this Court for leave to withdraw as co-counsel for Defendant, Bhupinder Sawhny, M.D. This motion is filed pursuant to Ohio R. Prof. Cond. 1.16(a)(3) which requires counsel to withdraw when requested by the client.

In accordance with the Ohio Rules of Professional Conduct, Brent L. English certifies the following:

1. Bhupinder Sawhny is fully informed of this motion and consents to its filing.

2. Bhupinder Sawhny has all original documents and tangible things related to the undersigned's representation of his interests.

3. Bhupinder Sawhny has received all documents which have been filed for, or on his behalf by Brent L. English.

4. On November 4, 2019, John McCaffrey, Esq. entered his notice of appearance as additional counsel Bhupinder Sawhny in these proceedings. Mr. McCaffrey will continue to

service as Bhupinder Sawhny's counsel.

**WHEREFORE**, Brent L. English respectfully requests that he be granted leave to withdraw as counsel for Bhupinder Sawhny.

Respectfully submitted,

/s/ Brent L. English
BRENT L. ENGLISH
LAW OFFICES OF BRENT L. ENGLISH
820 West Superior Avenue, 9th Floor
Cleveland, Ohio 44113-1818
(216) 781-9917
(216) 781-8113 (fax)
benglish@englishlaw.com
Sup. Ct. Reg. 0022678
*Attorney for Defendant, Bhupinder Sawhny, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of BRENT L. ENGLISH'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, BHUPINDER SAWHNY will be served upon all counsel through the ECF system on this 9th day of March 2020 and a true copy was served upon Dr. Bhupinder Sawhny by email to docsawhny@gmail.com.

/s/ Brent L. English
BRENT L. ENGLISH
LAW OFFICES OF BRENT L. ENGLISH
*Attorney for Defendant, Bhupinder Sawhny, M.D.*