IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-559-4-SL |
| Plaintiff, | ) ) ) | JUDGE SARA LIOI |
| v. | ) ) | |
| DEEPAK RAHEJA, et al., | ) ) ) | **Defendant Bhupinder Sawhny, M.D.'s Notice of Withdrawal of Rachel N. Byrnes** |
| Defendants. | ) ) | |

Please take notice that Rachel N. Byrnes hereby withdraws as counsel for Defendant, Bhupinder Sawhny, M.D., in this action. John F. McCaffrey of the law firm Tucker Ellis LLP will continue as counsel for Defendant Bhupinder Sawhny, M.D.

                                                Respectfully submitted,

                                                s/ *John F. McCaffrey*
                                                John F. McCaffrey
                                                TUCKER ELLIS LLP
                                                950 Main Avenue, Suite 1100
                                                Cleveland, OH 44113-7213
                                                Telephone: 216.592-5000
                                                Facsimile:   216.592.5009
                                                john.mccaffrey@tuckerellis.com

                                                *Attorney for Defendant Bhupinder Sawhny, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ *John F. McCaffrey*
John F. McCaffrey

*Attorney for Defendant Bhupinder Sawhny, M.D.*
